```
William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
MICHAEL CORSBIE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CORSBIE,<br><br>　　　　Defendant. | No.   11-CR-00036 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT OR DENY HEARING** |

　　　The defendant, Michael Corsbie, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the admit or deny hearing, currently set for Monday, November 18, 2013 at 9:30 am, be vacated and continued until Monday, January 6, 2014 at 9:30 am. USPO White has been informed and has no objection.

　　　A continuance is necessary to provide counsel with additional time for further discussions with his client and case preparation.

　　　I, William E. Bonham, the filing party, have received authorization from AUSA Sherry Haus to sign and submit this stipulation and proposed order on her behalf.

1

1   Accordingly, the defense and the United States stipulate
2  that the admit or deny hearing for defendant, Michael Corsbie
3  should be continued until Monday, January 6, 2014 at 9:30 am.

4  Dated: November 15, 2013          BENJAMIN B. WAGNER
                                     United States Attorney
5
                                     By:/s/ WILLIAM BONHAM for
6                                    SHERRY HAUS
7                                    Assistant U.S. Attorney

8  Dated: November 15, 2013          By:/s/ WILLIAM  BONHAM for
9                                    WILLIAM BONHAM
                                     Counsel for defendant
10                                   Michael Corsbie

**ORDER**

IT IS SO ORDERED. The admit or deny hearing currently set for Monday, November 18, 2013 is vacated and continued to Monday, January 6, 2014 at 9:30 am.

Dated: November 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE