```
William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
MICHAEL CORSBIE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CORSBIE,<br><br>　　　　　Defendant. | No.  11-CR-00036 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT OR DENY HEARING** |

　　　The defendant, Michael Corsbie, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the admit or deny hearing, currently set for Monday, January 6, 2014 at 9:30 am, be vacated and continued until Tuesday, January 21, 2014 at 9:30 am. USPO White has been informed and has no objection.

　　　A continuance is necessary because counsel is currently ill and needs additional time for further discussions with his client and case preparation.

　　　I, William E. Bonham, the filing party, have received authorization from AUSA Sherry Haus to sign and submit this stipulation and proposed order on her behalf.

1    Accordingly, the defense and the United States stipulate
2  that the admit or deny hearing for defendant, Michael Corsbie be
3  continued until Tuesday, January 21, 2014 at 9:30 am.

4  Dated: January 3, 2014            BENJAMIN B. WAGNER
                                     United States Attorney
5
                                     By:/s/ WILLIAM BONHAM for
6                                    SHERRY HAUS
                                     Assistant U.S. Attorney
7

8  Dated: January 3, 2014            By:/s/ WILLIAM  BONHAM for
                                     WILLIAM BONHAM
9                                    Counsel for defendant
                                     Michael Corsbie
10

**ORDER**

IT IS SO ORDERED.  The admit or deny hearing currently set for Monday, January 6, 2014 is vacated and continued to Tuesday, January 21, 2014 at 9:30 am.

Dated:   January 3, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE