```
1    William E. Bonham, SBN: 55478
     Attorney at Law
2    916 2nd Street, 2nd Floor
     Sacramento, CA 95814
3    Telephone:(916) 557-1113

4    Attorney for defendant
     MICHAEL CORSBIE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  11-CR-00036 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT OR DENY HEARING** |
| MICHAEL CORSBIE, | |
| Defendant. | |

   The defendant, Michael Corsbie, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the admit or deny hearing, currently set for Tuesday, January 21, 2014 at 9:30 am, be vacated and continued until Monday, February 3, 2014 at 9:30 am. USPO White has been informed and has no objection.

   A continuance is necessary because counsel needs additional time for further discussions with his client and USPO White.

   I, William E. Bonham, the filing party, have received authorization from AUSA Sherry Haus to sign and submit this stipulation and proposed order on her behalf.

1

1  Accordingly, the defense and the United States stipulate
2  that the admit or deny hearing for defendant, Michael Corsbie
3  should be continued until Monday, February 3, 2014 at 9:30 am.

4  Dated: January 17, 2014                BENJAMIN B. WAGNER
                                          United States Attorney
5
6                                         By:/s/ WILLIAM BONHAM for
                                          SHERRY HAUS
7                                         Assistant U.S. Attorney

8  Dated: January 17, 2014                By:/s/ WILLIAM  BONHAM for
9                                         WILLIAM BONHAM
                                          Counsel for defendant
10                                        Michael Corsbie

**ORDER**

IT IS SO ORDERED. The admit or deny hearing currently set for Tuesday, January 21, 2014 is vacated and continued to Monday, February 3, 2014 at 9:30 a.m.

Dated: January 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3