1  William E. Bonham, SBN: 55478
   Attorney at Law
2  916 2nd Street, 2nd Floor
   Sacramento, CA 95814
3  Telephone:(916) 557-1113

4  Attorney for defendant
   MICHAEL CORSBIE

<br>

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 11-CR-00036 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT OR DENY HEARING** |
| MICHAEL CORSBIE, | |
| Defendant. | |

    The defendant, Michael Corsbie, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the admit or deny hearing, currently set for Monday, February 3, 2014 at 9:30 am, be vacated and continued until Tuesday, February 18, 2014 at 9:30 am.  USPO White has been informed and has no objection.

    A continuance is necessary because counsel needs additional time to review additional discovery and for further discussions with his client and USPO White.

    I, William E. Bonham, the filing party, have received authorization from AUSA Sherry Haus to sign and submit this

1

stipulation and proposed order on her behalf.

Accordingly, the defense and the United States stipulate that the admit or deny hearing for defendant, Michael Corsbie should be continued until Tuesday, February 18, 2014 at 9:30 am.

Dated: January 31, 2014
BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM BONHAM for
SHERRY HAUS
Assistant U.S. Attorney

Dated: January 31, 2014
By:/s/ WILLIAM BONHAM for
WILLIAM BONHAM
Counsel for defendant
Michael Corsbie

**ORDER**

IT IS SO ORDERED. The admit or deny hearing currently set for Monday, February 3, 2014 is vacated and continued to Tuesday, February 18, 2014 at 9:30 am.

Dated: January 31, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2