UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 18 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-11-036-01 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
|  ) | OF PERSON IN CUSTODY |
| **MICHAEL LEROY CORSBIE**, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Michael Leroy Corsbie** Case CR S-11-036-01 WBS from custody for the following reasons:

\_\_ Release on Personal Recognizance

\_\_ Bail Posted in the Sum of _____

\_\_ Unsecured bond

\_\_ Appearance Bond with 10% Deposit

\_\_ Appearance Bond secured by Real Property

\_\_ Corporate Surety Bail Bond

**X** (Other) **Defendant sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on February 18, 2014 at 11:10 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing